

February 6, 2018

Clerk, U.S. Bankruptcy Court
The Ronald Reagan Building
228 Walnut Street
PO Box 908
Harrisburg, PA 17108

      Re: John A. Hoffman and Teresa D. Hoffman
           Chapter 13 - Case No. 1:13-bk-06092-HWV

To the Clerk:

Please be advised that the address for the above-referenced clients has changed. Please change the address:

From:
    1920 Temple School Road
    Dover, PA 17315

To:    455 East Canal Road
        York, PA 17404

                  Very truly yours,
                  DeArmond & Associates of York, LLC

        BY:    */s/ Keith B. DeArmond*
                   Keith B DeArmond, Esquire

KBD/jes

18 South George Street | Suite 610 | York, Pennsylvania 17401
P: 717.885.0937 | F: 717.845.4100